**Farrel EAGLE HORSE, Appellant,**

v.

**Dr. D.M. FROST, Medical Director and M.D., Appellee.**

No. 02–1495.

United States Court of Appeals, Eighth Circuit.

Submitted July 3, 2002.

Filed July 9, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

**332**

PER CURIAM.

Farrel Eagle Horse appeals from the district court's[1] judgment for defendant following a jury trial on his 42 U.S.C. § 1983 denial-of-medical-care claim. To the extent that we can consider Eagle Horse's arguments without a trial transcript, *see* Fed. R.App. P. 10(b); *Schmid v. United Bhd. of Carpenters & Joiners*, 827 F.2d 384, 386 (8th Cir.1987) (per curiam), *cert. denied*, 484 U.S. 1071, 108 S.Ct. 1041, 98 L.Ed.2d 1004 (1988), we find those arguments unavailing. There is no indication that the jury was selected in a racially discriminatory manner, *see Weber v. Strippit, Inc.*, 186 F.3d 907, 911 (8th Cir.1999), *cert. denied*, 528 U.S. 1078, 120 S.Ct. 794, 145 L.Ed.2d 670 (2000); *Scott v. James*, 902 F.2d 672, 675 (8th Cir.), *cert. denied*, 498 U.S. 873, 111 S.Ct. 198, 112 L.Ed.2d 160 (1990); and there is no constitutional or statutory right to effective assistance of counsel in a civil case, *see Glick v. Henderson*, 855 F.2d 536, 541 (8th Cir. 1988).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.